UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES HARRISON,

        Plaintiff,

    v.

JANE DOES, et al.,

        Defendants.

Case No. 23-cv-00610-WHO

**ORDER OF DISMISSAL**

After plaintiff James Harrison filed a "Notice re Acts and Omissions" the Clerk sent him notices to file a complaint and to file an application to proceed *in forma pauperis* (or pay the filing fee). (Dkt. Nos. 1, 2, 3.) Harrison has not complied with either notice, and his latest filing declares that "Due to PLRA constraints this case should be litigated at a later date." (Dkt. No. 4.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Harrison may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) contain full payment for the $402.00 filing fee or a complete application to proceed *in forma pauperis*.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 6, 2023

WILLIAM H. ORRICK
United States District Judge